[No. 47119-8-I. Division One. January 14, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. THOMAS SCHWARTZ, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-1-03795-0, Patricia H. Aitken, J., entered July 14, 2000. *Remanded* by unpublished per curiam opinion.

[No. 47124-4-I. Division One. January 14, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. JASON W. ROGERS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-1-09156-2, Patricia H. Aitken, J., entered June 22, 2000. *Remanded* by unpublished per curiam opinion.

[No. 47188-1-I. Division One. January 14, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. ISRAEL OZIEL HINOJOSA, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-1-09916-4, Richard M. Ishikawa, J., entered May 19, 2000. *Remanded* by unpublished per curiam opinion.

[Nos. 47236-4-I; 47237-2-I; Division One. January 14, 2002.]
47238-1-I.

*In the Matter of the Dependency of* C.P., ET AL.

THE STATE OF WASHINGTON, *Respondent*, v. BRENDA J. PRIESTMAN, *Appellant*.

Appeals from a judgment of the Superior Court for King County, No. 98-7-00579-1, James A. Doerty, J., entered August 17, 2000. *Affirmed* by unpublished opinion per Cox, J., concurred in by Baker and Kennedy, JJ.